# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/11/2015 11:14:13 AM
PAM ESTES
Clerk

Court of Appeals No. (If known): **12** - **15** - **00222** - **CV**

Trial Court Style: **Josette Newberry and Monica Newberry  vs. Debbie Tarver, et al**

Trial Court & County: **1st Judicial District of San Augustine**  Trial Court No.: **CV-12-9397**

Date Trial Clerk's Record Originally Due: **September 1, 2015**

Date Court Reporter's/Recorder's Record Originally Due: **September 1, 2015**

Anticipated Number of Pages of Record: **unknown**

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

[ ]  to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

[ ]  my duties listed below preclude working on this record:

[✓]  Other. (Explain.): Please see attached

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by **December 1, 2015**,

and **I hereby request an additional** **90** **days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

**September 11, 2015**
_____
Date                                             Signature

**936-275-2231**
_____
Office Phone Number          Printed Name   **Carmen Brown**

**distclerk@co.san-augustine.tx.us**
_____
E-mail Address (if available)          Official Title  **Chief Deputy**

Trial Clerk's/Court Reporter's Request for Ext/12th CA-CsL/Tyler/12-3-97/Rev.5-3-2001

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for APPELLANT(S):

Name: Julie Conn

Address: 107 N.Texas St.
Hemphill, TX 75948

Phone no.: 409-787-1356

Attorney for: Debbie Tarver

Lead Counsel for APPELLEE(S):

Name: Thomas R. McLeroy, Jr.

Address: P.O. box 669
Center, TX   75935

Phone no.: 936-598-2701

Attorney for: Josette Newberry & Monica Newberry

Lead Counsel for APPELLANT(S):

Name:

Address:

Phone no.:

Attorney for:

Lead Counsel for APPELLEE(S):

Name:

Address:

Phone no.:

Attorney for: Thomas R. McLeroy, Jr.

Additional                    information,                    if                    any:

## CAUSE NO. CV-12-9397

JOSETTE NEWBERRY &
MONICA NEWBERRY
VS.
DEBBIE TARVER

IN THE DISTRICT COURT
OF
SAN AUGUSTINE COUNTY, TEXAS

## REASONS FOR REQUEST
## FOR EXTENSION OF TIME

1. Notice of Appeal was not filed until August 24, 2015.

2. Designation of Clerk's Record was not filed until August 27, 2015.

3. Faxed Notice to Julie Conn, Attorney, that the clerk needed a list of specific documents in order to prepare clerk's record.

4. Amended Designation of Clerk's Record was received August 28, 2015.

5. There is only the District Clerk and the Chief Deputy Clerk that work in this office.

We need this additional time to prepare these documents for the Appeals Court.


Sincerely,


Carmen Brown, Chief Deputy

CV-12-9397

Debbie Tarver                                    In the District Court
Vs.                                                         of
Josette Newberry &                      San Augustine County, Texas
Monica Newberry


## CERTIFICATE OF SERVICE


I do hereby certify that a true and correct copy of the foregoing document has been served via fax on this the 11th day of September, 2015, on:

Julie Conn
107 Texas Street
Hemphill, Texas 7948
ATTORNY FOR APPELLANT
Fax No. 409-787-1928

Thomas R. McLeroy, Jr.
PO Box 669
Center, Texas 75935
ATTORNEY FOR APPELLEE
Fax No. 936-598-6086


_____
Carmen Brown, Chief Deputy

NO. <u>CV-12-9397</u>

FILED
AT 3:30 O'CLOCK P M
8-24 2015
JOAN STEPTOE District Clerk
SAN AUGUSTINE, TEXAS
BY

| | | |
|---|---|---|
| JOSETTE NEWBERRY AND | § | IN THE DISTRICT COURT |
| MONICA NEWBERRY, Plaintiffs | § | |
| | § | |
| VS. | § | 1st JUDICIAL DISTRICT |
| | § | |
| | § | |
| | § | |
| DEBBIE TARVER, et al, Defendants | § | SAN AUGUSTINE COUNTY, TEXAS |

## NOTICE OF APPEAL

This Notice of Appeal is filed by Debbie Tarver, Respondent, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1. The trial court, cause number, and style of this case are as shown in the caption above.

2. The judgment or order appealed from was signed on November 10, 2014 and May 15, 2015.

3. Debbie Tarver desires to appeal from the judgment that there was no informal marriage between Defendant Debbie Tarver and Decedent Gary Newberry and the granting of the summary judgment that Chana Piletere was not the biological daughter of decedent Gary Newberry.

4. This appeal is being taken to the Tenth Court of Appeals.

5. This notice is being filed by Debbie Tarver and Chana Piletere.

Respectfully submitted,

Julie L. Conn, Attorney at Law, PLLC
107 N. Texas St.
Hemphill, TX 75948
Tel: (409) 787-1356

Fax: (409) 787-1928

By: _____
Julie L. Conn
State Bar No. 24036331
julieconn@windstream.net
Attorney for Debbie Tarver

## Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5

of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party: Josette Newberry and Monica Newberry Willenberg

Lead attorney: Thomas R. McLeroy, Jr.

Address of service: P.O. Box 668, Center, Texas 75935

Method of service: FAX: 936-598-6086

Date of service: August 24, 2015

_____
Julie L. Conn
Attorney for Respondent

## NO. <u>CV-12-9397</u>

| | | |
|---|---|---|
| JOSETTE NEWBERRY AND<br>MONICA NEWBERRY, Plaintiffs | §<br>§<br>§ | IN THE DISTRICT COURT |
| VS. | §<br>§<br>§ | 1st JUDICIAL DISTRICT |
| | §<br>§ | |
| DEBBIE TARVER, et al, Defendants | § | SAN AUGUSTINE COUNTY, TEXAS |

## <u>PLAINTIFFS' DESIGNATION OF ITEMS TO BE INCLUDED IN CLERK'S RECORD</u>

TO:   JEANNIE STEPTOE, SAN AUGUSTINE COUNTY DISTRICT CLERK, 202 COURTHOUSE, SAN AUGUSTINE, TEXAS 75972

Under Texas Rule of Appellate Procedure 34.5, Plaintiffs Debbie Tarver and Chana J. Piletere files this designation of items to be included in the Clerk's Record in the appeal of the final judgment in the above case.

### <u>Request for Mandatory Items</u>

Plaintiffs designate the following mandatory items specified in Texas Rule of Appellate Procedure 34.5 for inclusion in the sworn record:

1. all pleadings on which the summary judgment proceedings were held;
2. the court's docket sheet;
3. the court's order that is being appealed namely, the Final Judgment dated January 10, 2007;
4. any post-order motions and the court's orders thereon;
5. all notices of appeal; and
6. all requests for preparation of the Clerk's Record.

### <u>Request for Additional Items</u>

In addition, Plaintiffs designate the items listed below, all of which are specifically described to make them readily identifiable:

| | |
|---|---|
| 8/29/2012 | Plaintiff's Original Petition |
| 10/28/2013 | Defendant's Original Answer |

Under Texas Rule of Appellate Procedure 37.3, Plaintiff Deborah Tarver Singleton will pay for the preparation of the Clerk's Record.

1

Respectfully submitted,

Julie L. Conn, Attorney at Law, PLLC
107 N. Texas St.
Hemphill, TX 75948
Tel: (409) 787-1356
Fax: (409) 787-1928


By: _____
Julie L. Conn
State Bar No. 24036331
julieconn@windstream.net
Attorney for Debbie Tarver


## Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5

of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party:  Josette Newberry and Monica Newberry Willenberg

Lead attorney: Thomas R. McLeroy, Jr.

Address of service:  P.O. Box 668, Center, Texas 75935

Method of service:  FAX: 936-598-6086

Date of service: August 25, 2015


_____
Julie L. Conn
Attorney for Respondent


2

## NO. CV-12-9397

| | | |
|---|---|---|
| JOSETTE NEWBERRY AND<br>MONICA NEWBERRY, Plaintiffs | §<br>§<br>§ | IN THE DISTRICT COURT |
| VS. | §<br>§<br>§ | 1st JUDICIAL DISTRICT |
| | §<br>§ | |
| DEBBIE TARVER, et al, Defendants | § | SAN AUGUSTINE COUNTY, TEXAS |

## PLAINTIFFS' REQUEST FOR COURT REPORTER'S RECORD

TO: JEANNIE STEPTOE, SAN AUGUSTINE COUNTY DISTRICT CLERK, 202 COURTHOUSE, SAN AUGUSTINE, TEXAS 75972

Under Texas Rule of Appellate Procedure 34.6, Plaintiffs request the official court reporter to prepare the Reporter's Record. The portions of the proceedings to be included are as follows

Hearing on September 25, 2014 including all exhibits

Hearing on November 7, 2014 including all exhibits

Final Hearing on March 27, 2015 including all exhibits

Under Texas Rule of Appellate Procedure 37.3, Plaintiffs accept responsibility to pay for the preparation of the court Reporter's Record and is willing to pay the court reporter's fee for preparing the record.

Respectfully submitted,

Julie L. Conn, Attorney at Law, PLLC
107 N. Texas St.
Hemphill, TX 75948
Tel: (409) 787-1356
Fax: (409) 787-1928

By: _____
Julie L. Conn
State Bar No. 24036331
juliecohn@windstream.net
Attorney for Debbie Tarver

## Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5

of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party: Josette Newberry and Monica Newberry Willenberg

Lead attorney: Thomas R. McLeroy, Jr.

Address of service: P.O. Box 668, Center, Texas 75935

Method of service: FAX: 936-598-6086

Date of service: August 25, 2015

_____
Julie L. Conn
Attorney for Respondent

409.787.1928

# COVER SHEET

TO: Julie Conn

FROM: DISTRICT CLERK

SAN AUGUSTINE COUNTY

FAX: (936) 275-2389

___1___ PAGES (INCLUDING COVER)

Mrs Jeanne said we need the name
of each pleading/document you are
requesting to be sent to the court of
appeals.

Thank you,
Carmen Brown.

# Send Result Report

MFP

TASKalfa 3050ci

Firmware Version 2LC_2F00.009.018 2014.12.05

08/27/2015 11:52
[2LC_1000.010.001] [2K9_1100.002.001] [2LC_7000.009.012]

**KYOCERa**

Job No.: 042094          Total Time: 0°00'09"          Page: 001

# Complete

Document:          **doc04209420150827115132**

409-787-1928

COVER SHEET

TO: ___Julie Conn___

FROM: DISTRICT CLERK

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|-----|---------------|-------------|-------|------|--------|----------------|
| 001 | 08/27/15 11:52 | **4097871928** | 0°00'09" | FAX | OK | 200x100 Normal/On |

## NO. <u>CV-12-9397</u>

| | | |
|---|---|---|
| JOSETTE NEWBERRY AND<br>MONICA NEWBERRY, Plaintiffs | §<br>§<br>§ | IN THE DISTRICT COURT |
| VS. | §<br>§<br>§<br>§ | 1st JUDICIAL DISTRICT |
| DEBBIE TARVER, et al, Defendants | §<br>§ | SAN AUGUSTINE COUNTY, TEXAS |

## <u>PLAINTIFFS' FIRST AMENDED DESIGNATION OF ITEMS TO BE INCLUDED IN CLERK'S RECORD</u>

TO:  JEANNIE STEPTOE, SAN AUGUSTINE COUNTY DISTRICT CLERK, 202 COURTHOUSE, SAN AUGUSTINE, TEXAS 75972

Under Texas Rule of Appellate Procedure 34.5, Plaintiffs Debbie Tarver and Chana J. Piletere files this designation of items to be included in the Clerk's Record in the appeal of the final judgment in the above case.

### <u>Request for Mandatory Items</u>

Plaintiffs designate the following mandatory items specified in Texas Rule of Appellate Procedure 34.5 for inclusion in the sworn record:

1. all pleadings on which the summary judgment proceedings were held;
2. the court's docket sheet;
3. the court's order that is being appealed namely, the Final Judgment dated January 10, 2007;
4. any post-order motions and the court's orders thereon;
5. all notices of appeal; and
6. all requests for preparation of the Clerk's Record.

FILED
AT 1:0 O'CLOCK P M
8-26 20 15
JEAN STEPTOE District Clerk
SAN AUGUSTINE, TEXAS
BY _____

### <u>Request for Additional Items</u>

In addition, Plaintiffs designate the items listed below, all of which are specifically described to make them readily identifiable:

| | |
|---|---|
| 8/29/2012 | Plaintiff's Original Petition |
| 10/28/2013 | Defendant's Original Answer |
| | First Amended Petition |
| 11/10/2014 | Judgment Letter |
| | Motion for New Trial |

1

Findings of Fact and Conclusions of Law

Final Judgment

Under Texas Rule of Appellate Procedure 37.3, Plaintiff Deborah Tarver Singleton will pay for the preparation of the Clerk's Record.

Respectfully submitted,

Julie L. Conn, Attorney at Law, PLLC
107 N. Texas St.
Hemphill, TX 75948
Tel: (409) 787-1356
Fax: (409) 787-1928

By:_____
Julie L. Conn
State Bar No. 24036331
julieconn@windstream.net
Attorney for Debbie Tarver

## Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party: Josette Newberry and Monica Newberry Willenberg

Lead attorney: Thomas R. McLeroy, Jr.

Address of service: P.O. Box 668, Center, Texas 75935

Method of service: FAX: 936-598-6086

Date of service: August 31, 2015

_____
Julie L. Conn
Attorney for Respondent

2

# Send Result Report

MFP

 TASKalfa 3050ci

Firmware Version 2LC_2F00.009.018 2014.12.05



09/11/2015 10:50

[2LC_1000.010.001] [2K9_1100.002.001] [2LC_7000.009.012]

Job No.: 042514          Total Time: 0°00'31"          Page: 004

# Complete

Document:     **doc0425142015091110494 1**

---

# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

Court of Appeals No. (If known):  **12** - **15** ___ **00222** ___ **CV**

Trial Court Style: Josette Newberry and Monica Newberry  vs. Debbie Tarver, et al

Trial Court & County: 1st Judicial District of San Augustine   Trial Court No.: CV-12-9397

Date Trial Clerk's Record Originally Due:  September 1, 2015

Date Court Reporter's/Recorder's Record Originally Due:  September 1, 2015

Anticipated Number of Pages of Record:  unknown

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

---

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|-----|---------------|-------------|-------|------|--------|----------------|
| 001 | 09/11/15 10:50 | **4097871928** | 0°00'31" | FAX | OK | 200x100 Normal/On |

[ N2P1902214 ]


Job No.: 042515          Total Time: 0°00'24"          Page: 004

# Complete

Document:          **doc04251520150911105008**

---

## TRIAL COURT OFFICIAL'S
## REQUEST FOR EXTENSION OF TIME TO FILE RECORD

Court of Appeals No. (If known): **12 - 15   _  00222   _ CV**

Trial Court Style: Josette Newberry and Monica Newberry vs. Debbie Tarver, et al

Trial Court & County: 1st Judicial District of San Augustine   Trial Court No.: CV-12-9397

Date Trial Clerk's Record Originally Due: September 1, 2015

Date Court Reporter's/Recorder's Record Originally Due: September 1, 2015

Anticipated Number of Pages of Record: unknown

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

---

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|-----|---------------|-------------|-------|------|--------|----------------|
| 001 | 09/11/15 10:51 | **5986086** | 0°00'24" | FAX | OK | 200x100 Normal/On |